UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT KENNEDY, | ) | Case No. CV 08-5876-CBM(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

It **is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.


Dated: March 17, 2009


CONSUELO B. MARSHALL
Consuelo B. Marshall
United States District Judge